UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

__Jason Hoover__

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

__Spectrum Health United Memorial Hospital__

**FILED - GR**
October 15, 2024 1:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: JW / 10-16

**1:24-cv-1079**

Hala Y. Jarbou
Chief U.S. District Judge

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?  Yes ☐  No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
      __N/A__

   2. Is the action still pending?   Yes ☐   No ☒
      a. If your answer was no, state precisely how the action was resolved: __N/A__

   3. Did you appeal the decision?   Yes ☐   No ☒
   4. Is the appeal still pending?   Yes ☐   No ☒
      a. If not pending, what was the decision on appeal? __N/A__

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?  Yes ☐   No ☒
      a. If so, explain: __N/A__

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Jason Hoover**

Place of Present Confinement **Kent County Correctional facility**

Address **703 Ball Ave NE, Grand Rapids, MI 49503**

Place of Confinement During Events Described in Complaint **Lived at 15275 myers lake Rd Cedar Springs, MI 49319**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Spectrum Health United memorial Hospital**

Position or Title **Hospital**

Place of Employment **United Memorial Hospital**

Address **615 S. Bower St. Greenville, MICH 48838**

Official and/or personal capacity? **Business**

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

- 3 -

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On Oct, 6 22 I was accepted as a patient through the emergency room at spectrum health United memorial Hospital. Where I was provided a service by a So called professional who was employed at the time of service by Spectrum health united memorial hospital who failed to properly do the service required of him that lead to further injury causing further damage.

The spectrum health united memorial hospital employee incerted stitches with out properly cleansing the wound. Piece's of forign material were left in wound causing severe infection, which turned to cephulitus in the knee, making it impossible to walk, work or other wise with my left leg. This Leg being the Leg in question injury was a laceration between the ankle and Knee done by a circular saw. a cut approx. 1½" wide by 4" long to the front lower part of left Leg.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I want the courts to bring a medical malpractice law suit against Spetrum health united memorial in the amount of $850,000 for failuar to provide proper care by an employee that lead to further injury. Also further operations to remove foriegn objects

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

10.2.24
**Date**

*Jason Hoover*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

NAME: Jason Hoover
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

GRAND RAPIDS, MI
12 OCT 2024

U.S. District Court
399 Federal Building
110 Michigan St N.W.
Grand Rapids, MICH 49503

49503-231799