UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON HOOVER,

    Plaintiff,

v.

                              Case No. 1:24-cv-1079

SPECTRUM HEALTH UNITED
MEMORIAL HOSPITAL,                  Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

On November 22, 2024, Magistrate Judge Vermaat issued a Report and Recommendation (R&R) recommending that Plaintiff's claims be dismissed (ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on December 20, 2024. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Date: January 21, 2025                        /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF U.S. DISTRICT JUDGE